# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Allan Jennings<br>DOB: XXXXXX<br><br>*Defendant(s)* | )<br>)  Case No. 1:23-mj-250<br>)  Assigned To: Magistrate Judge Moxila A. Upadhyaya<br>)  Date Assigned: 9/11//2023<br>)  Description: Complaint with Arrest Warrant<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*                           *Offense Description*

18 U.S.C. § 231(a)(3) and 2- Civil Disorder; Aiding and Abetting,
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds,
18 U.S.C. § 1361- Destruction of Government Property

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/11/2023

*Judge's signature*

City and state: Washington, D.C.         Moxila A. Upadhyaya, U.S. Magistrate Judge
                                          *Printed name and title*