# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Allan Jennings**<br><br>*Defendant* | Case No. 1:23-mj-250<br>Assigned To: Magistrate Judge Moxila A. Upadhyaya<br>Date Assigned: 9/11/2023<br>Description: Complaint with Arrest Warrant |

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Allan Jennings**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) and 2- Civil Disorder; Aiding and Abetting;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
18 U.S.C. § 1361- Destruction of Government Property

Date: 09/11/2023

*Issuing officer's signature*
Date: 2023.09.11 14:23:49 -04'00'

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 9/11/2023, and the person was arrested on (date) 9/12/2023
at (city and state) Hillsboro, TN.

Date: 9/12/2023

*Arresting officer's signature*

Jeremy S. Winbush, TFO/FBI
*Printed name and title*