UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. 1:23-mj-250 |
| | * | |
| ALLAN JENNINGS, | * | Magistrate Moxila A. Upadhyaya |
| | * | |
| Defendant. | * | |

## NOTICE OF APPEARANCE

COMES NOW, Bryan H. Hoss of Davis & Hoss, P.C., who hereby gives notice to this Honorable Court of his representation of the Defendant, Allan Jennings, in the above captioned matter. Counsel was admitted by this Court *pro hac vice* by Order dated October 3, 2023. *See* ECF Doc. 9.

Respectfully Submitted,

s/Bryan H. Hoss
Bryan H. Hoss, TN BPR #021529
850 Fort Wood Street
Chattanooga, TN 37403
423-266-0605
423-266-0687—Fax
bryan@davis-hoss.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    This the 3rd day of October, 2023.

                                                    s/BRYAN H. HOSS
                                                  BRYAN H. HOSS